**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IGNACIO RIVERA-LIBRADO, | No. 12-70722 |
| Petitioner, | Agency No. A095-805-745 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 14, 2013[**]

Before:     SCHROEDER, GRABER, and PAEZ, Circuit Judges.

Ignacio Rivera-Librado, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reconsider the BIA's prior order dismissing his appeal from an immigration

judge's ("IJ") decision finding him removable and ineligible for relief. We have

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005). We deny the petition for review.

The BIA was within its discretion in denying Rivera-Librado's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior decision affirming the IJ's finding that Rivera-Librado was removable and ineligible for relief. *See* 8 U.S.C. § 1229a(c)(6)(C); *Socop-Gonzalez v. INS*, 272 F.3d 1176, 1180 n. 2 (9th Cir. 2001) (en banc).     .

**PETITION FOR REVIEW DENIED.**